> Granted.
> So Ordered:
> 5/10/18
>
> *[signature]*
> J. PAUL OETKEN
> United States District Judge

**orrick**

May 10, 2018

*via ECF*

The Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400

orrick.com

Richard J. Morvillo

E  rmorvillo@orrick.com
D  +1 202 339 8484
F  +1 202 339 8500

Re:   <u>United States v. Brian Sweet (1:18-cr-00008-JPO)</u>

Dear Judge Oetken:

We represent Brian Sweet in the above captioned matter. Mr. Sweet seeks leave of Court to travel to Playa del Carmen, Mexico to go on a vacation with his extended family. This vacation was planned before Mr. Sweet pled guilty in this matter. Mr. Sweet requests to travel from California to Mexico on June 10 and return on June 16, 2018. This trip would not interfere with any preparation Mr. Sweet will need to do before the trial in *United States v. Middendorf, et al.* (1:18-cr-00036).

Should the Court grant our request, Pretrial Services has agreed to send Mr. Sweet's passport to his U.S. Probation Officer in the Eastern District of California, Zaren Craddock. We request that Mr. Sweet be able to pick up his passport from his probation officer on June 6, 2018, three business days before his departure. Mr. Sweet will surrender his passport to Mr. Craddock on June 18, 2018, the first business day following his return to the United States. Mr. Sweet will also provide Pretrial Services with his flight itinerary and lodging information for this trip.

We have spoken with Assistant United States Attorney Jessica Greenwood about this application and she has informed us that she, and the other Assistant United States Attorneys for this case, Rebecca Mermelstein and Amanda Kramer, do not object to our request. In addition, we have contacted Mr. Sweet's Pretrial Services Officer in the Southern District of New York, Rena Bolin, who conferred with Mr. Craddock regarding this matter. It is Pretrial Services' policy not to take a position with respect to international travel, but Mr. Craddock notes that Mr. Sweet has been compliant with the terms of this bail bond agreement.

If the Court has any questions regarding this request, I can be reached at the above number. Thank you for your consideration.

Truly yours,

/s/ Richard Morvillo

Richard J. Morvillo



The Honorable J. Paul Oetken
May 10, 2018
Page 2

cc: AUSA Rebecca Mermelstein, AUSA Amanda Kramer, AUSA Jessica Greenwood (via ECF)