

Justin V. Shur
MoloLamken LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2005
F: 202.556.2001
jshur@mololamken.com
www.mololamken.com

May 31, 2019

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
Room 2101
New York, NY  10007

**By Email**

    Re:    *United States v. Brian Sweet*, No. 18-cr-08

Dear Judge Oetken:

    We represent the Public Company Accounting Oversight Board ("PCAOB") in connection with the above-captioned case and its related case, *United States v. Middendorf*, No. 18-cr-36.  As the Court is aware, those criminal proceedings arose from the theft of the PCAOB's confidential, proprietary information.  As the Court is also aware, Brian Sweet has pled guilty to his role in those crimes and is currently scheduled to be sentenced on September 13, 2019.

    We respectfully request permission to appear as an interested party in *United States v. Sweet* for the purpose of filing a victim impact statement in connection with Mr. Sweet's sentencing.

Sincerely,

Justin V. Shur

> Granted.  The Clerk of Court is directed to add the Public Company Accounting Oversight Board ("PCAOB") as an interested party in this case, and to enter the appearances of Justin V. Shur of MoloLamken LLP as counsel on its behalf.
> So ordered.
> Dated: May 31, 2019

_____
J. PAUL OETKEN
United States District Judge