

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2019

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

      Re: **United States v. Brian Sweet**,
           18 Cr. 8 (JPO)

Dear Judge Oetken:

    We write, with consent of defense counsel, to respectfully request that the Court direct the Probation Department to begin the process of generating the Presentence Investigation Report for cooperating witness Brian Sweet. The parties also request that the Court schedule a firm sentencing date for the defendant. The Court previously scheduled a control date for the sentencing for December 20, 2019. The parties respectfully request that the sentencing be scheduled for a date after the sentencing of David Britt, which is scheduled for May 8, 2020.

> Granted. Sentencing is scheduled for May 22, 2020, at 11:00 am. The Probation Department is hereby directed to prepare the PSR. The Government's sentencing submissions shall be filed by May 8, 2020; the Defendant's sentencing submission shall be filed by May 15, 2020.
> So ordered.
> December 10, 2019

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Martin Bell
Jordan Estes
Margaret Graham
Assistant United States Attorneys
(212) 637-2463/2543/2923

_____
J. PAUL OETKEN
United States District Judge