

**Orrick, Herrington & Sutcliffe LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400
**orrick.com**

**Richard J. Morvillo**

E  rmorvillo@orrick.com
D  +1 202 339 8484
F  +1 202 339 8500

December 16, 2020

Via ECF

Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *United States v. Brian Sweet*, No. 18-cr-00008 (JPO)

Dear Judge Oetken:

We represent the defendant, Brian Sweet, in the above-captioned case. As Your Honor may recall, on November 20, 2020, Mr. Sweet was sentenced to Time Served, three years of Supervised Release, and restitution to be ordered at a later date. We write now to request that Your Honor order the United States Pretrial Services Office to release Mr. Sweet's passport.

We have spoken with Assistant United States Attorney, Rebecca Mermelstein, and she does not object to our request.

A so-ordered order block follows this letter. We can provide a separate proposed order if the Court would prefer.

Honorable J. Paul Oetken
December 16, 2020
Page 2



Thank you for your consideration. Please contact me at (202) 339-8484 if you have any questions or if you need additional information.

    Respectfully,

    /s/ Richard Morvillo

    Richard Morvillo

**BY THE COURT:**

**The Defendant's request for the return of his passport is GRANTED.  The United States Pretrial Services Office is hereby ORDERED to release Mr. Sweet's passport.**

**DATED:**    **New York, New York**
              **December 16, 2020**

_____
J. PAUL OETKEN
United States District Judge